RECEIVED

JUL 15 2013

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA
BY: _____

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

| | |
|---|---|
| KEVIN LAMONT LOGAN<br>LA. DOC #276697<br>VS. | CIVIL ACTION NO. 5:13-cv-0960<br><br>SECTION P<br><br>JUDGE TOM STAGG |
| WARDEN DeVILLE | MAGISTRATE JUDGE KAREN L. HAYES |

### JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record;

**IT IS ORDERED** that the petition for writ of *habeas corpus* be **DISMISSED WITHOUT PREJUDICE** for failing to exhaust available State court remedies.

**THUS DONE AND SIGNED**, in chambers, in Shreveport, Louisiana, on this 15th day of July, 2013.

TOM STAGG
UNITED STATES DISTRICT JUDGE